IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ADAM MCAFEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOGOTRADE, INC.,<br><br>Defendant. | Case No. 4:25-cv-00720-ZMB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Adam McAfee, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant SogoTrade, Inc. without prejudice.

Dated: November 14, 2025            Respectfully submitted,

*/s/ Casondra Turner*
Casondra Turner *(Pro Hac Vice)*
**MILBERG, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
Fax: (771) 772-3086
cturner@milberg.com

John F. Garvey, #35789
Colleen Garvey, #72809
**STRANCH, JENNINGS & GARVEY, PLLC**
St. Louis, Missouri 63101
Telephone: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Casondra Turner*
Casondra Turner