UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM MCAFEE, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:25-CV-720-ZMB |
| SOGOTRADE, INC., | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

In light of Plaintiff Adam McAfee's Notice of Voluntary Dismissal without Prejudice, Doc. 25, the Court directs the Clerk of Court to close this case. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

So ordered this 17th day of November 2025.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE